KERRY M. L. SMITH, OSB# 88103
SMITH & FJELSTAD
722 N. Main Avenue
Gresham, Oregon 97030
Telephone: (503)669-2242
Facsimile: (503)669-2249
smithandfjelstad@frontier.com

LISA A. AMATO, OSB# 920253
WYSE KADISH LLP
621 SW Morrison, Suite 1300
Portland, Oregon 97205
Telephone: (503) 228-8448
Facsimile: (503) 273-9135
laa@wysekadish.com

      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MESERET T. SADO d.b.a. JBS Residential Living Program,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE OF OREGON DEPARTMENT OF HUMAN SERVICES Seniors and People with Disabilities; MULTNOMAH COUNTY; and BARBARA SOUTHARD, KAREN CURRY, SHARI DAVIS, and SHARELL COLLINS in their individual capacities,<br><br>      Defendants. | Civ. No. 10-1050-ST<br><br>PLAINTIFF'S RESPONSE TO DEFENDANTS MULTNOMAH COUNTY, KAREN CURRY, SHARI DAIVS and SHARELL COLLINS' MOTION TO DISMISS |

PAGE 1 - PLAINTIFF'S RESPONSE TO DEFENDANTS MULTNOMAH COUNTY, KAREN CURRY, SHARI DAVIS and SHARELL COLLINS' MOTION TO DISMISS

Ms. Sado concedes all four of the motions and has prepared a proposed Second Amended Complaint which addresses all of the issues raised in the motions. Ms. Sado seeks permission to file the Second Amended Complaint and has sought permission from both defense counsel to file the Second Amended Complaint. Counsel for the State of Oregon and for Ms. Southard has consented to the amendment. Counsel for Multnomah County and defendants Curry, Davis and Collins has also consented.

Dated: December 16, 2010.

SMITH & FJELSTAD

By: /s/ Kerry M. L. Smith
  Kerry M. L. Smith
  OSB No. 88103
  Lisa A. Amato
  OSB No. 920253
  Of Attorneys for Plaintiff

PAGE 2 - PLAINTIFF'S RESPONSE TO DEFENDANTS MULTNOMAH COUNTY, KAREN CURRY, SHARI DAVIS and SHARELL COLLINS' MOTION TO DISMISS

SMITH & FJELSTAD
722 N. Main Ave
Gresham, Oregon 97030
Telephone: (503) 669-2242 \ Facsimile: (503) 669-2249