KERRY M. L. SMITH, OSB# 88103
SMITH & FJELSTAD
722 N. Main Avenue
Gresham, Oregon   97030
Telephone: (503)669-2242
Facsimile: (503)669-2249
smithandfjelstad@frontier.com

LISA A. AMATO, OSB# 920253
WYSE KADISH LLP
621 SW Morrison, Suite 1300
Portland, Oregon   97205
Telephone: (503) 228-8448
Facsimile: (503) 273-9135
laa@wysekadish.com

        Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MESERET T. SADO d.b.a. JBS Residential Living Program,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF OREGON DEPARTMENT OF HUMAN SERVICES Seniors and People with Disabilities; MULTNOMAH COUNTY; and BARBARA SOUTHARD, KAREN CURRY, SHARI DAVIS, and SHARELL COLLINS in their individual capacities<br><br>        Defendants. | Civ. No. 10-1050-ST<br><br>STIPULATED NOTICE OF DISMISSAL OF COUNTY DEFENDANTS<br>(Multnomah County, Curry, Davis, Collins)<br>WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY |

PAGE 1 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE OF COUNTY
        DEFENDANTS

Plaintiff, and all County Defendants (Multnomah County, Karen Curry, Shari Davis and

Sharell Collins), through the signature of their counsel, stipulate to dismissal of this matter with

prejudice and without fees or costs to any party.  Defendant State of Oregon and defendant

Southard *do not* join in this motion.

Dated: December 15, 2011.

SMITH & FJELSTAD                    MULTNOMAH COUNTY COUNSEL

By:  /s/ Kerry M. L. Smith          By:  /s/ Patrick W. Henry
   Kerry M. L. Smith                    Patrick W. Henry
   OSB No. 88103                        OSB No. 933040
   Lisa A. Amato                        Of Attorneys for Defendants Curry, Davis, Collins and
   OSB No. 920253                       Multnomah County
   Of Attorneys for Plaintiff

PAGE 2 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE OF COUNTY
          DEFENDANTS