UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MESERET T. SADO dba JBS Residential Living Program,<br><br>               Plaintiff,<br><br>    v.<br><br>STATE OF OREGON DEPARTMENT OF HUMAN SERVICES Seniors and People With Disabilities; MULTNOMAH COUNTY; BARBARA SOUTHARD, KAREN CURRY, SHARI DAVIS, and SHARELL COLLINS in their individual capacities,<br><br>               Defendants. | CIVIL 3:10-cv-01050 -ST<br><br>ORDER OF DISMISSAL |

STEWART, Magistrate Judge:

**<u>ORDER</u>**

Based on the Stipulated Notice of Dismissal of County Defendants [51],

IT IS ORDERED AND ADJUDGED that defendants Multnomah County, Karen Curry,

Shari Davis and Sharell Collins are DISMISSED with prejudice and without fees or costs to any

party.

DATED this   16 th. day of December, 2011.

/s/ Janice M. Stewart

_____
Janice M. Stewart
United States Magistrate Judge